# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

MICHAEL MEADOWS,

    Plaintiff,

v.                                        Case No.   3:14-cv-1085-J-32JRK

NATIONAL ENTERPRISE
SYSTEMS, INC.,

    Defendant.

## **O R D E R**

Upon review of the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 18), filed on August 3, 2015, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 5th day of August, 2015.

                                                    TIMOTHY J. CORRIGAN
                                                    United States District Judge

w.
Copies:

Counsel of record